# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: **Christopher M Shearer / Fedra C Shearer**, Debtor(s)

Case No. **5:17-bk-01877**
Chapter **13**

# CERTIFICATE OF SERVICE

I hereby certify that on **June 12, 2017**, a copy of **Notice of Chapter 13 Bankruptcy Case** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

NCB Management Services, Incorporated
One Allied Drive
Trevose, PA 19053

/s/ Timothy B. Fisher II
**Timothy B. Fisher II 85800**
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753 Fax: 570-842-8979