```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania

In re:                                                    Case No. 17-01877-JJT
Christopher M. Shearer                                    Chapter 13
Fedra C Shearer
         Debtors                    CERTIFICATE OF NOTICE

District/off: 0314-5          User: karendavi      Page 1 of 2            Date Rcvd: Jun 22, 2017
                              Form ID: ntcnfhrg     Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2017.
db/jdb        +Christopher M. Shearer,   Fedra C Shearer,   128 Green Chapel Lane,   Cresco, PA 18326-7204
4917924       +ARS Account Resolution,   1643 Harrison Pkwy,   Ste 100,   Fort Lauderdale, FL 33323-2857
4917922       +Account Resolution Service,   1643 North Harrison Pkwy,   Bldg H  Ste 100,
               Fort Lauderdale, FL 33323-2857
4917925       +Barclays Bank Delaware,   125 S West St,   Wilmington, DE 19801-5014
4917926       +Beneficial Financial I Inc,   17461 Derian Avenue,   Suite 200,   Irvine, CA 92614-5820
4917927        Berkheimer,   P.O. Box 905,   Bangor, PA 18013-0905
4924692        Berkheimer Assoc-Agt Pocono Mtn SD Paradise Twp,   c/o David R. Gordon, Esq.,   1883 Jory Road,
               Pen Argyl, PA 18072
4917928       +C-Tech Collections,   5505 Nesconset Highway,   Ste 200,   Mount Sinai, NY 11766-2026
4917929       +Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
4917930       +Capital One Bank USA NA,   P.O.Box 30281,   Salt Lake City, UT 84130-0281
4917931       +Chase Bank USA NA,   P.O. Box 15298,   Wilmington, DE 19850-5298
4917932       +Chase/BankOne Card Serv,   PO Box 15298,   Wilmington, DE 19850-5298
4917933       +Citibank NA,   P.O. Box 769006,   San Antonio, TX 78245-9006
4917934       +Commonwealth Financial Systems,   245 Main St.,   Scranton, PA 18519-1641
4917935       +Debt Recovery Solutions,   6800 Jericho Turnpike,   Ste 113E,   Syosset, NY 11791-4401
4917936        Emergency Care Service,   of PA PC,   PO Box 740021,   Cincinnati, OH 45274-0021
4917937       +Florida Hospital,   601 East Rollins Street,   Orlando, FL 32803-1273
4917940       +Genzyme Genetics,   PO Box 223041,   Pittsburgh, PA 15251-2041
4917941       +Great Lakes Higher Education,   P.O. Box 7860,   Madison, WI 53707-7860
4924733       +Michael, Louis & Associates Inc,   PO Box 1062,   Moon Township, PA 15108-6062
4917944       +Michaels, Louis & Assoc,   P.O. Box 1062,   Coraopolis, PA 15108-6062
4917945       +Midland Funding LLC,   2365 Northside Dr #300,   San Diego, CA 92108-2709
4917946       +NAPA At Pocono Medical Ctr,   206 E Brown St,   East Stroudsburg, PA 18301-3094
4933338       +NCB Management Services, Inc.,   One Allied Drive,   Trevose, PA 19053-6945
4917947       +National Recovery Agency,   2491 Paxton Street,   Harrisburg, PA 17111-1036
4918257       +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4917948       +Pocono Medical Center,   206 East Brown Street,   East Stroudsburg, PA 18301-3094
4917949       +Pocono Medical Center 1sts,   206 East Brown Street,   East Stroudsburg, PA 18301-3094
4917952        Powell Rogers & Speaks,   PO Box 61107,   Harrisburg, PA 17106-1107
4917953       +Sears/CBNA,   P.O.Box 6282,   Sioux Falls, SD 57117-6282
4917956        Verizon,   P.O. Box 15124,   Albany, NY 12212-5124
4917957       +Wells Fargo Dealer Service,   P.O. Box 1697,   Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4917923       +E-mail/Text: bkrpt@retrievalmasters.com Jun 22 2017 18:50:52      AMCA,
               4 Westchester Plaze Suite 110,   Elmsford, NY 10523-1615
4917938       +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2017 18:47:59      GE Capital Retail Bank/Synchrony,
               P.O. Box 960061,   Orlando, FL 32896-0061
4917939       +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2017 18:47:59      GE Money Bank,   PO Box 103104,
               Roswell, GA 30076-9104
4917942        E-mail/Text: bnckohlsnotices@becket-lee.com Jun 22 2017 18:50:43      Kohl's/Capital One,
               P.O. Box 3115,   Milwaukee, WI 53201-3115
4917943        E-mail/Text: camanagement@mtb.com Jun 22 2017 18:50:47      M & T Bank,   PO Box 900,
               Millsboro, DE 19966
4928261        E-mail/Text: camanagement@mtb.com Jun 22 2017 18:50:47      M&T Bank,   P.O. Box 840,
               Buffalo, NY 14240-0840
4917947       +E-mail/Text: Bankruptcies@nragroup.com Jun 22 2017 18:51:05      National Recovery Agency,
               2491 Paxton Street,   Harrisburg, PA 17111-1036
4917950        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2017 18:53:38
               Portfolio Recovery,   120 Corporate Blvd,   Norfolk, VA 23502
4917951        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2017 18:53:48
               Portfolio Recovery Assoc.,   120 Corporate Blvd, Ste 100,   Norfolk, VA 23502
4917954       +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2017 18:47:48      SYNCB/Lowes,   P.O Box  965005,
               Orlando, FL 32896-5005
4917955        E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2017 18:47:59      SYNCB/Old Navy DC,
               P.O. BOX 965005,   Orlando, FL 32896-5005
                                                                            TOTAL: 11


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                 TOTALS: 0, * 1, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)  dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Timothy B. Fisher, II   on behalf of Joint Debtor Fedra C Shearer donna.kau@pocono-lawyers.com
          Timothy B. Fisher, II   on behalf of Debtor Christopher M. Shearer donna.kau@pocono-lawyers.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                         TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Christopher M. Shearer<br>Fedra C Shearer | Chapter        13 |
| | Case No.     5:17−bk−01877−JJT |
| Debtor(s) | |

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **July 21, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: August 8, 2017<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: karendavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 22, 2017 |