| | |
|---|---|
| **Donna Kau** | |

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Monday, July 03, 2017 7:15 PM |
| **To:** | Donna Kau |
| **Subject:** | U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Christopher M. Shearer, Case Number: 17-01877, JJT, Ref: [p-109456689] |
| **Attachments:** | R_P51701877pdf0020076.PDF |

Notice of Returned Mail to Debtor/Debtor's Attorney

July 3, 2017

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: Christopher M. Shearer, Case Number 17-01877, JJT

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>**U.S. Bankruptcy Court**</u>
<u>**274 Max Rosenn U.S. Courthouse**</u>
<u>**197 South Main Street**</u>
<u>**Wilkes-Barre, PA 18701**</u>

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Powell Rogers & Speaks
PO Box 61107
Harrisburg, PA 17106-1107

THE UPDATED ADDRESS IS:

*1 FISHER ST.*

*HALIFAX PA 17032*

[signature]　　　　　　　　　　　　　　　　　　　　　7-7-17

1

Case 5:17-bk-01877-JJT　　Doc 22　　Filed 07/10/17　　Entered 07/10/17 09:02:57　　Desc
Main Document　　Page 1 of 1