# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: **Christopher M Shearer / Fedra C Shearer**, Debtor(s)

Case No. **5:17-bk-01877**
Chapter **13**

# CERTIFICATE OF SERVICE

I hereby certify that on **July 10, 2017**, a copy of **Confirmation Hearing & Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Powell Rogers & Speaks
1 Fisher Street
Halifax PA 17032

/s/ Timothy B. Fisher II
Timothy B. Fisher II 85800
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753 Fax:570-842-8979