```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
```

In re:                                                              Case No. 17-01877-JJT
Christopher M. Shearer                                              Chapter 13
Fedra C Shearer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: karendavi          Page 1 of 1          Date Rcvd: Sep 14, 2017
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
4933338        +NCB Management Services, Inc.,   One Allied Drive,   Trevose, PA 19053-6945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Joint Debtor Fedra C Shearer donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Debtor Christopher M. Shearer donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>**CHRISTOPHER SHEARER**<br>**FEDRA SHEARER** | :<br>:<br>:<br>: | **CHAPTER 13**<br><br>**CASE NO. 5-17-bk-01877 JJT** |
| Debtor | : | |
| **CHRISTOPHER SHEARER**<br>**FEDRA SHEARER**<br>**CLARICE PHILLIPS** | :<br>:<br>:<br>: | |
| Objectants<br>Vs. | :<br>:<br>: | |
| **NCB MANAGEMENT SERVICES, INC.**<br>Claimant | :<br>: | |

## ORDER

AND NOW TO WIT, on the 13th day of September 2017, it is hereby ORDERED that the Debtors' Objection to Proof of Claim Number 4 of **NCB MANAGEMENT SERVICES, INC.**, is hereby GRANTED and Claim No. 4 is disallowed in its entirety.

By the Court,

Dated: September 13, 2017

John J. Thomas, Bankruptcy Judge
(PJR)