```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                             Case No. 17-01877-JJT
Christopher M. Shearer                                             Chapter 13
Fedra C Shearer
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: karendavi            Page 1 of 1          Date Rcvd: Nov 08, 2017
                              Form ID: pdf010            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2017.
              BECKET AND LEE LLP,    ATTN: SHRADDHA BHARATIA CLAIMS ADM,    PO BOX 3001,
               MALVERN, PA   19355-0701
4958436       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Timothy B. Fisher, II   on behalf of Debtor 1 Christopher M. Shearer donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II   on behalf of Debtor 2 Fedra C Shearer donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHRISTOPHER SHEARER | : | |
| FEDRA SHEARER | : | |
| | : | CASE NO. 5-17-bk-01877 JJT |
| Debtor | : | |
| | : | |
| CHRISTOPHER SHEARER | : | |
| FEDRA SHEARER | : | |
| Objectants | : | |
| Vs. | : | |
| | : | |
| CAPITAL ONE, N.A. | : | |
| Claimant | : | |

## ORDER

AND NOW TO WIT, on the 8th day of November 2017, it is hereby ORDERED that the Debtors' Objection to Proof of Claim Number 7 of **CAPITAL ONE, N.A.**, is hereby SUSTAINED and Claim No. 7 is disallowed in its entirety.

By the Court,

John J. Thomas, Bankruptcy Judge
(PAR)

Dated: November 8, 2017