```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-01877-JJT
Christopher M. Shearer                                              Chapter 13
Fedra C Shearer
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: karendavi          Page 1 of 1          Date Rcvd: Nov 08, 2017
                              Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
               E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2017 19:01:44
                PORTFOLIO RECOVERY ASSOCIATES,   PO BOX 41067,   NORFOLK, VA  23541
4965856        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2017 19:01:24
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James    Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Timothy B. Fisher, II   on behalf of Debtor 1 Christopher M. Shearer donna.kau@pocono-lawyers.com
          Timothy B. Fisher, II   on behalf of Debtor 2 Fedra C Shearer donna.kau@pocono-lawyers.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **CHRISTOPHER SHEARER** | : | |
| **FEDRA SHEARER** | : | |
| | : | CASE NO. 5-17-bk-01877 JJT |
| Debtor | : | |
| | : | |
| **CHRISTOPHER SHEARER** | : | |
| **FEDRA SHEARER** | : | |
| Objectants | : | |
| Vs. | : | |
| | : | |
| **PORTFOLIO RECOVERY** | : | |
| **ASSOCIATIONS, LLC** | : | |
| Claimant | : | |

## ORDER

AND NOW TO WIT, on the 8th day of November 2017, it is hereby ORDERED that the Debtors' Objection to Proof of Claim Number 11 of **PORTFOLIO RECOVERY ASSOCIATIONS, LLC** is hereby GRANTED and Claim No. 11 is disallowed in its entirety.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(PAR)

Dated: November 8, 2017