```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                            Case No. 17-01877-JJT
Christopher M. Shearer                                            Chapter 13
Fedra C Shearer
        Debtors               CERTIFICATE OF NOTICE
District/off: 0314-5        User: karendavi              Page 1 of 2            Date Rcvd: Jan 30, 2018
                            Form ID: ntpasnh             Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2018.
db/jdb         +Christopher M. Shearer,    Fedra C Shearer,    128 Green Chapel Lane,    Cresco, PA 18326-7204
4917924        +ARS Account Resolution,    1643 Harrison Pkwy,    Ste 100,   Fort Lauderdale, FL 33323-2857
4917922        +Account Resolution Service,    1643 North Harrison Pkwy,    Bldg H Ste 100,
                 Fort Lauderdale, FL 33323-2857
4917925        +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
4917926        +Beneficial Financial I Inc,    17461 Derian Avenue,    Suite 200,   Irvine, CA 92614-5820
4917927         Berkheimer,   P.O. Box 905,    Bangor, PA 18013-0905
4924692         Berkheimer Assoc-Agt Pocono Mtn SD Paradise Twp,     c/o David R. Gordon, Esq.,    1883 Jory Road,
                 Pen Argyl, PA 18072
4917928        +C-Tech Collections,   5505 Nesconset Highway,    Ste 200,   Mount Sinai, NY 11766-2026
4917929        +Capital One,   PO Box 30285,    Salt Lake City, UT 84130-0285
4917930        +Capital One Bank USA NA,    P.O.Box 30281,   Salt Lake City, UT 84130-0281
4958436         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
4917931        +Chase Bank USA NA,    P.O. Box 15298,   Wilmington, DE 19850-5298
4917932        +Chase/BankOne Card Serv,    PO Box 15298,   Wilmington, DE 19850-5298
4917933        +Citibank NA,   P.O. Box 769006,    San Antonio, TX 78245-9006
4917934        +Commonwealth Financial Systems,    245 Main St.,   Scranton, PA 18519-1641
4917935        +Debt Recovery Solutions,    6800 Jericho Turnpike,   Ste 113E,   Syosset, NY 11791-4401
4917936         Emergency Care Service,    of PA PC,   PO Box 740021,    Cincinnati, OH 45274-0021
4917937        +Florida Hospital,   601 East Rollins Street,    Orlando, FL 32803-1273
4917940         Genzyme Genetics,    PO Box 223041,   Pittsburgh, PA 15251-2041
4917941        +Great Lakes Higher Education,    P.O. Box 7860,   Madison, WI 53707-7860
4924733        +Michael, Louis & Associates Inc,    PO Box 1062,   Moon Township, PA 15108-6062
4917944        +Michaels, Louis & Assoc,    P.O. Box 1062,   Coraopolis, PA 15108-6062
4917946        +NAPA At Pocono Medical Ctr,    206 E Brown St,   East Stroudsburg, PA 18301-3094
4933338        +NCB Management Services, Inc.,    One Allied Drive,    Trevose, PA 19053-6945
4917948        +Pocono Medical Center,    206 East Brown Street,   East Stroudsburg, PA 18301-3094
4917949        +Pocono Medical Center 1sts,    206 East Brown Street,    East Stroudsburg, PA 18301-3094
4917952        +Powell Rogers & Speaks,    1 Fisher St,   Halifax, PA 17032-8845
4917953        +Sears/CBNA,   P.O.Box 6282,    Sioux Falls, SD 57117-6282
4947001         US DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,   MADISON, WI 53708-8973
4917956         Verizon,   P.O. Box 15124,    Albany, NY 12212-5124
4941554         Wells Fargo Bank, N.A., dba WFDS,    P.O. Box 19657,    Irvine, CA 92623-9657
4917957        +Wells Fargo Dealer Service,    P.O. Box 1697,   Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4917923        +E-mail/Text: bkrpt@retrievalmasters.com Jan 30 2018 19:01:00     AMCA,
                 4 Westchester Plaze Suite 110,    Elmsford, NY 10523-1615
4917938        +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 19:02:15     GE Capital Retail Bank/Synchrony,
                 P.O. Box 960061,    Orlando, FL 32896-0061
4917939        +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 19:02:30     GE Money Bank,   PO Box 103104,
                 Roswell, GA 30076-9104
4917942         E-mail/Text: bnckohlsnotices@becket-lee.com Jan 30 2018 19:00:42     Kohl's/Capital One,
                 P.O. Box 3115,    Milwaukee, WI 53201-3115
4917943         E-mail/Text: camanagement@mtb.com Jan 30 2018 19:00:50     M & T Bank,   PO Box 900,
                 Millsboro, DE 19966
4928261         E-mail/Text: camanagement@mtb.com Jan 30 2018 19:00:50     M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
4962662        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 30 2018 19:01:01     MIDLAND FUNDING LLC,
                 PO Box 2011,   Warren, MI 48090-2011
4917945        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 30 2018 19:01:01     Midland Funding LLC,
                 2365 Northside Dr #300,    San Diego, CA 92108-2709
4917947        +E-mail/Text: Bankruptcies@nragroup.com Jan 30 2018 19:01:28     National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
4917950         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2018 19:08:58
                 Portfolio Recovery,    120 Corporate Blvd,   Norfolk, VA 23502
4917951         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2018 19:08:58
                 Portfolio Recovery Assoc.,    120 Corporate Blvd, Ste 100,   Norfolk, VA 23502
4965856         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2018 19:08:50
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
4918257        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2018 19:08:58
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
4917954        +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 19:02:30     SYNCB/Lowes,   P.O Box 965005,
                 Orlando, FL 32896-5005
4917955         E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 19:02:24     SYNCB/Old Navy DC,
                 P.O. BOX 965005,    Orlando, FL 32896-5005
                                                                                              TOTAL: 15
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4965857*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
                                                                                          TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Debtor 1 Christopher M. Shearer donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Debtor 2 Fedra C Shearer donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Christopher M. Shearer
Fedra C Shearer
**Debtor(s)**

Chapter: 13

Case number: 5:17−bk−01877−JJT

Document Number: 47

Matter: Motion for Mortgage Modification

CHRISTOPHER SHEARER
FEDERA SHEARER
**Movant(s)**

vs.

M&T BANK
**Respondent(s)**

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **February 20, 2018**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: karendavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 30, 2018 |