```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 17-01877-JJT
Christopher M. Shearer                                              Chapter 13
Fedra C Shearer
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: karendavi          Page 1 of 1          Date Rcvd: Feb 26, 2018
                              Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2018.
    +M&T BANK,  ATTN: BANKRUPTCY DEPT,  475 CROSSPOINT PARKWAY,  GETZVILLE, NY 14068-1609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                            TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2018 at the address(es) listed below:
    Charles J DeHart, III (Trustee)  dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
    James Warmbrodt  on behalf of Creditor  M&T BANK bkgroup@kmllawgroup.com
    Timothy B. Fisher, II  on behalf of Debtor 1 Christopher M. Shearer donna.kau@pocono-lawyers.com
    Timothy B. Fisher, II  on behalf of Debtor 2 Fedra C Shearer donna.kau@pocono-lawyers.com
    United States Trustee  ustpregion03.ha.ecf@usdoj.gov
                                                 TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **CHRISTOPHER SHEARER** | : | |
| **FEDRA SHEARER** | : | |
| Debtors | : | CASE NO. 5:17-bk-01877 JJT |
| | : | |
| **CHRISTOPHER SHEARER** | : | |
| **FEDRA SHEARER** | : | |
| Movant | : | |
| Vs. | : | |
| **M&T BANK** | : | |
| Respondent | : | |

## ORDER

AND NOW on this 26th day of February, 2018, upon consideration of the Motion to Approve Loan Modification filed by Debtors, Christopher Shearer and Fedra Shearer; it is

HEREBY ORDERED and DECREED that the Motion is GRANTED and the parties may enter into the Loan Modification Agreement dated January 19, 2018 with regard to Debtors' loan # ending in 3832.

Dated: February 26, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)