Certificate Number: 00301-PAM-DE-032458622

Bankruptcy Case Number: 17-01877



00301-PAM-DE-032458622

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 18, 2019, at 1:19 o'clock PM EDT, CHRISTOPHER M SHEARER completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 18, 2019  By: /s/Jimmy Arreaga

Name: Jimmy Arreaga

Title: Certified Bankruptcy Counselor

Certificate Number: 00301-PAM-DE-032458624

Bankruptcy Case Number: 17-01877



00301-PAM-DE-032458624

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 18, 2019</u>, at <u>1:19</u> o'clock <u>PM EDT</u>, <u>FEDRA C SHEARER</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 18, 2019</u>

By: <u>/s/Jimmy Arreaga</u>

Name: <u>Jimmy Arreaga</u>

Title: <u>Certified Bankruptcy Counselor</u>